UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN C. EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Docket No. 09-713-MJR |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## STIPULATION OF DISMISSAL

Petitioner Kevin C. Edwards, by and through his undersigned counsel, and Respondent United States of America, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-styled matter.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN
& SARACHAN, P.C.**

*/s/ Sanford J. Boxerman*
Sanford J. Boxerman, #43929
Sara G. Neill, #499131
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
(314) 721-7701
(314) 721-0554 (fax)
boxerman@capessokol.com
neill@capessokol.com

*s/ Laura J. Jones*
Laure J. Jones
Assistant United States Attorney
United States Attorney's Office
9 Executive Drive
Fairview Heights, IL 62208
(618) 628-3700
laura.jones@usdoj.gov